**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
MCGRATH, SEAN M  
MCGRATH, JULIE A  

Case No.: 19-26131  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 26, 2019 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 20 MARSHALL AVENUE, BERLIN, NJ 08009 | $165,000.00 | $157,875.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Thomas J. Subranni  
Address:         1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.:   (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Sean M McGrath
Julie A McGrath
    Debtors

Case No. 19-26131-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2  Date Rcvd: Oct 23, 2019
                Form ID: pdf905  Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
```
db/jdb         +Sean M McGrath,    Julie A McGrath,    20 Marshall Avenue,    Berlin, NJ 08009-1631
518420704      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518420705      +Apex Assest Management,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
518522878      +CVS/specialty,    PO Box 99778,    Chicago, IL 60696-7578
518420709      +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518420710      +Credit Management L.P.,    PO Box 118288,    Carrollton, TX 75011-8288
518420711       HRRG,    P.O. Box 5406,    Cincinnati, OH 45273-7942
518420713      +Law Office of Robert Gitmeid & Assoc.,    11 Broadway, Ste 960,    New York, NY 10004-3110
518420714      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518420715      +PNC Bank,    Attn: Bankrutpcy Dept.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518420717      +Radius Global Solutions LLC,    500 N Franklin Turnpike, Ste 200,    Ramsey, NJ 07446-1178
518420718      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518420719      +Rocket loans,    Attn: Bankruptcy,    1274 Library St,    Detroit, MI 48226-2256
518420725      +United Healthcare,    Greensboro Service Center,    PO Box 740809,    Atlanta, GA 30374-0809
518420726      +Virtua,    PO Box 8500-7542,    Philadelphia, PA 19178-0001
518420728     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court:  West Jersey Anesthesia Assoc,    102E Centre Blvd.,
                 Marlton, NJ 08053)
518420727      +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518420707       E-mail/Text: clientrep@capitalcollects.com Oct 24 2019 00:22:08     Capital Collection Service,
                 P.O. Box 150,    West Berlin, NJ 08091
518420708      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 00:15:34     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518420712       E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 00:20:19     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518420716      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 24 2019 00:21:32     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518420720      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:16     Syncb/Rooms To Go,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518421425      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:30     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518420721      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:29     Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
518420722      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:31     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518420723      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:30     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518420724      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:15     Synchrony Bank/Select Comfort,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 12
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518420706*     +Apex Assest Management,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Oct 23, 2019
                               Form ID: pdf905              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Edward R Wiercinski    on behalf of Debtor Sean M McGrath erw@partnerinthelaw.com
              Edward R Wiercinski    on behalf of Joint Debtor Julie A McGrath erw@partnerinthelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```