**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sean M McGrath | Social Security number or ITIN  xxx−xx−0038 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Julie A McGrath | Social Security number or ITIN  xxx−xx−4057 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19−26131−JNP

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sean M McGrath                                                        Julie A McGrath
                                                                                         fka Julie A Versteeg

12/27/19                                                                     **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                         **Order of Discharge**                                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-26131-JNP
Sean M McGrath                                                          Chapter 7
Julie A McGrath
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Dec 27, 2019
                               Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
```
db/jdb         +Sean M McGrath,    Julie A McGrath,    20 Marshall Avenue,    Berlin, NJ 08009-1631
518420705      +Apex Assest Management,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
518522878      +CVS/specialty,    PO Box 99778,    Chicago, IL 60696-7578
518420711       HRRG,   P.O. Box 5406,    Cincinnati, OH 45273-7942
518420713      +Law Office of Robert Gitmeid & Assoc.,    11 Broadway, Ste 960,    New York, NY 10004-3110
518420714      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518420715      +PNC Bank,    Attn: Bankrutpcy Dept.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518420717      +Radius Global Solutions LLC,    500 N Franklin Turnpike, Ste 200,    Ramsey, NJ 07446-1178
518420718      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,   Princeton, NJ 08540-1515
518420719      +Rocket loans,    Attn: Bankruptcy,    1274 Library St,   Detroit, MI 48226-2256
518420725      +United Healthcare,    Greensboro Service Center,    PO Box 740809,    Atlanta, GA 30374-0809
518420726      +Virtua,    PO Box 8500-7542,    Philadelphia, PA 19178-0001
518420728     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court:  West Jersey Anesthesia Assoc,    102E Centre Blvd.,
                 Marlton, NJ 08053)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2019 23:53:27      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2019 23:53:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518420704      +EDI: AMEREXPR.COM Dec 28 2019 04:08:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
518420707      +E-mail/Text: clientrep@capitalcollects.com Dec 27 2019 23:54:41      Capital Collection Service,
                 P.O. Box 150,    West Berlin, NJ 08091-0150
518420708      +EDI: CAPITALONE.COM Dec 28 2019 04:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518420709      +EDI: CITICORP.COM Dec 28 2019 04:08:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
518420710      +EDI: CMIGROUP.COM Dec 28 2019 04:08:00      Credit Management L.P.,    PO Box 118288,
                 Carrollton, TX 75011-8288
518420712       EDI: IRS.COM Dec 28 2019 04:08:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
518420716      +E-mail/Text: bankruptcyteam@quickenloans.com Dec 27 2019 23:53:57      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518420720      +EDI: RMSC.COM Dec 28 2019 04:08:00      Syncb/Rooms To Go,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
518421425      +EDI: RMSC.COM Dec 28 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518420721      +EDI: RMSC.COM Dec 28 2019 04:08:00      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
518420722      +EDI: RMSC.COM Dec 28 2019 04:08:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518420723      +EDI: RMSC.COM Dec 28 2019 04:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518420724      +EDI: RMSC.COM Dec 28 2019 04:08:00      Synchrony Bank/Select Comfort,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518420727      +EDI: WFFC.COM Dec 28 2019 04:08:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 16
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518420706*     +Apex Assest Management,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1           User: admin                Page 2 of 2            Date Rcvd: Dec 27, 2019
                               Form ID: 318               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              Edward R Wiercinski    on behalf of Debtor Sean M McGrath erw@partnerinthelaw.com
              Edward R Wiercinski    on behalf of Joint Debtor Julie A McGrath erw@partnerinthelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```