Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19–26131–JNP
        Chapter:  7
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean M McGrath | Julie A McGrath |
| 20 Marshall Avenue | fka Julie A Versteeg |
| Berlin, NJ 08009 | 20 Marshall Avenue |
| | Berlin, NJ 08009 |

Social Security No.:
  xxx–xx–0038                                         xxx–xx–4057

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 31, 2019</u>         <u>Jerrold N. Poslusny Jr.</u>
                                                       Judge, United States Bankruptcy Court